# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA L. JENKINS, On Behalf of Herself and All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENERAL COLLECTION CO., )<br>)<br>Defendant. ) | Case No. 8:06-CV-743<br><br><br>ORDER |

This matter is before the court on the plaintiff's Motion for leave to file a first amended complaint [18]. No response in opposition to the motion has been filed.

Upon review of the proposed amended pleading, the court finds that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a),

**IT IS ORDERED** that plaintiff's motion [18] is granted. Plaintiff shall file and serve her First Amended Complaint no later than **May 30, 2007.**

**DATED May 15, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge