# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA L. JENKINS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL COLLECTION CO., MARK D. STELK, and RICHARD GEE,<br><br>Defendants. | Case No. 8:06-CV-743<br><br>ORDER |

This matter is before the Court on the Plaintiff's Motion for Leave to file Exhibt 6 and attachments A, B, & C thereto unredacted.

The Court, having reviewed the Plaintiff's Motion, and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED that the Plaintiff is granted leave to file Exhibit 6 and attachments A, B, & C thereto unredacted and with restricted access pursuant to the E-Government Act.

DATED July 25, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge