IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CYNTHIA L. JENKINS, on Behalf of Herself and All Others Similarly Situated,** | ) ) ) ) | Case No. 8:06-cv-743 |
| Plaintiff, | ) ) | Order Regarding Stipulation of the Parties |
| vs. | ) ) | Regarding Plaintiff's Second Amended Complaint and Defendants Response |
| **GENERAL COLLECTION CO., MARK D. STELK and RICHARD E. GEE,** | ) ) ) | Time to Plaintiff's Motion to Certify Matter as a Class Action |
| Defendants. | ) | |

**THIS MATTER** came before the court on the Stipulation of the parties [60]. The Court being fully advised in the premises hereby finds that the Stipulation should be and hereby is granted.

**IT IS ORDERED** that the parties' Stipulation [60] is granted, as follows:

1. Plaintiff's Motion to File a Second Amended Complaint [41] is granted. Plaintiff shall file and serve the amended pleading no later than **August 13, 2007.**

2. The pending Motion to Certify Class [43] is deemed withdrawn. Plaintiff shall refile the Motion to Certify the matter as a class action by **August 17, 2007**, based upon the Second Amended Complaint.

3. Depositions of all the Plaintiffs shall be conducted by **August 17, 2007.**

4. Defendants' Motion for Extension of Time [56] is granted, in that defendants shall have **ten business days** from the time of receiving the transcripts of the Plaintiffs' depositions to file their opposition to the refiled Motion of the Plaintiff to certify the matter as a class action.

5. Plaintiff shall have **ten business days** from the date of the Defendants' response to file a reply in support of the Motion to certify the matter as a class action.

**DATED August 7, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**