# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Cynthia L. Jenkins, Sandra Logue, and Ada Howard, on Behalf of Themselves And All Others Similarly Situated, | ) ) ) ) | **Case No. 8:06-CV-743** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| General Collection Co., Mark D. Stelk, and Richard Gee, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Motion for Leave to file Exhibit 6 and attachments A, B, & C thereto unredacted and with Restricted Access, pursuant to the E-Government Act. (Filing No. 65).

The Court, having reviewed the Plaintiffs' Motion, and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that the Plaintiffs are granted leave to file Exhibit 6 and attachments A, B, & C thereto unredacted and with access restricted to counsel and the court pursuant to the E-Government Act.

**DATED August 17, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**