# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA L. JENKINS, on Behalf of ) <br> Herself and All Others Similarly ) <br> Situated, ADA HOWARD, and ) <br> SANDRA LOGUE ) <br> ) <br>           Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GENERAL COLLECTION CO., ) <br> MARK D. STELK and RICHARD E. GEE, ) <br> ) <br>           Defendants. ) | 8:06-cv-743 <br><br> ORDER |

      A conference with counsel was held on August 22, 2007 pursuant to Fed. R. Civ. P. 16. Charles M. Delbaum, O. Randolph Bragg and Pamela A. Car appeared for the plaintiffs; Michael A. Klutho appeared for General Collection Co. Richard Gee appeared pro se and intends to retain counsel.

      The plaintiffs' Amended Motion for Class Certification [67] is now pending. By prior order [61], the defendants were given 10 business days from the time of receiving the transcripts of the Plaintiffs' depositions to file their opposition to the Amended Motion for Class Certification, and the plaintiffs were given 10 business days to reply to the defendants' response(s).

      Considering this briefing schedule,

      **IT IS ORDERED** that a status conference will be scheduled to be held approximately 30 days after the Amended Motion for Class Certification [67] is resolved.

      **DATED August 22, 2007.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**