# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Cynthia L. Jenkins, Sandra Logue, and Ada Howard, on behalf of themselves and all others similarly situated, | Case No 8:06-cv-743 |
| Plaintiff, | **ORDER** |
| v. | |
| General Collection Co., Mark D. Stelk and Richard E. Gee, | |
| Defendants. | |

This matter is before the Court on the Defendants General Collection Co. and Mark D. Stelk's Motion for Leave to file Exhibits B4 and B5 unredacted and with Restricted Access, pursuant to the E-Government Act. (Filing No. 86)

The Court, having reviewed the Defendants' Motion, and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that Defendants are granted leave to file Exhibits B4 and B5 unredacted and with access restricted to counsel and the Court pursuant to the E-Government Act.

**DATED September 14, 2007.**

                                BY THE COURT:

                                s/ F.A. Gossett
                                **United States Magistrate Judge**