IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Cynthia L. Jenkins, Sandra Logue, & Ada Howard, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | Case No. 8:06CV743 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| General Collection Co., Mark D. Stelk, and Richard Gee, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Plaintiffs' motion for additional time to respond to the Defendants' motion for summary judgment.

IT IS ORDERED:

Defendants shall file their opposition, if any, to the Plaintiffs' motion for additional time (Filing No. 106) by noon (CST) on Thursday, October 18, 2007.

Dated this 16th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge