IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA JENKINS, On Behalf Of Herself And All Others Similarly Situated, ADA HOWARD, and SANDRA LOGUE, | ) ) ) ) ) | CASE NO. 8:06CV743 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| GENERAL COLLECTION, Co., MARK D STELK, and RICHARD E. GEE, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiffs' Motion for an Extension of Time to respond to the Defendants' Motion for Summary Judgment. The Defendants do not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Motion for an Extension of Time (Filing No. 106) is granted; and

2. The Plaintiffs shall respond to the Defendants' Motion for Summary Judgment on or before Friday, November 30, 2007.

DATED this 18th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge