IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CYNTHIA JENKINS, on behalf of** | ) | CASE NO. 8:06CV743 |
| **herself and all others similarly** | ) | |
| **situated, ADA HOWARD, and** | ) | |
| **SANDRA LOGUE,** | ) | |
| | ) | ORDER |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **GENERAL COLLECTION, Co., MARK** | ) | |
| **D STELK, and RICHARD E. GEE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Report and Recommendation of Magistrate F.A. Gossett (Filing No. 109) recommending that the amended motion for class certification be denied without prejudice to reassertion after the Court has resolved the Defendants' motion for summary judgment. No objection to the Report and Recommendation has been filed.

Although there is no objection to the Report and Recommendation, the Court has conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1) and NE(Civ)R 72.3. The Court adopts the Report and Recommendation in its entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Report and Recommendation (Filing No. 109) is adopted in its entirety;

2. The Amended Motion for Class Certification (Filing No. 67) is denied without prejudice to reassertion after the Defendants motion for summary judgment has been resolved.

Dated this 29th day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge