IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA JENKINS, ADA HOWARD, and SANDRA LOGUE, on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>V.<br><br>GENERAL COLLECTION CO., MARK D STELK, and RICHARD E. GEE,<br><br>        Defendants. | CASE NO. 8:06CV743<br><br>ORDER |

This matter is before the Court on the Defendants' motion for additional time to file a reply brief in support of their motion for summary judgment. Plaintiffs do not object to a brief extension. Accordingly,

IT IS ORDERED:

1. The Defendants' Amended, Unopposed, Motion to Extend Time to File Reply Brief (Filing No. 116) is granted;

2. The Defendants' Reply Brief shall be filed on or before December 14, 2007; and

3. The motion to extend (Filing No. 115) is denied as moot.

DATED this 7th day of December, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge