IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA JENKINS, On Behalf Of Herself And All Others Similarly Situated, ADA HOWARD, and SANDRA LOGUE,<br><br>        Plaintiffs,<br><br>V.<br><br>GENERAL COLLECTION, CO., MARK D STELK, and RICHARD E. GEE,<br><br>        Defendants. | CASE NO. 8:06CV743<br><br>ORDER |

IT IS ORDERED:

1. The Defendants' request for oral argument on their motion for summary judgment (filing no. 103) is granted; and

2. Counsel shall appear before the undersigned to present oral argument on the Defendants' Motion for Summary Judgment on Friday, February 15, 2008, at 1:00 o'clock p.m., in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, 68102.

DATED this 8th day of February, 2008.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge