# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA L. JENKINS, on behalf of herself and all others similarly situated, ADA HOWARD, and SANDRA LOGUE,**     **Plaintiffs,**   vs.   **GENERAL COLLECTION CO., MARK D. STELK and RICHARD E. GEE,**     **Defendants.** | **8:06CV743**   **SCHEDULING ORDER** |

    The plaintiffs' Amended Motion for Class Certification [67] was previously denied without prejudice to reassertion after Judge Smith Camp's ruling on the defendants' dispositive motions. On February 15, 2008, Judge Smith Camp entered an order denying the defendants' motions.

    **IT IS ORDERED** that plaintiffs are given until and including **March 5, 2008** to reassert their motion for class certification, as follows:

    1.  Plaintiffs may renew their motion by electronically filing a "Notice" that they are renewing their Amended Motion for Class Certification [67]. In that event, the court will reopen the Amended Motion for Class Certification [67] and decide the motion based on the briefs and evidence already submitted by all parties, i.e, Filings [67], [68], [69], [70], [84], [85], [89], [98] and [99].

    2.  In the alternative, plaintiffs are given leave to file a Second Amended Motion for Class Certification. If plaintiffs choose to file a Second Amended Motion, they shall also file a new brief and evidence index in support of the motion, and defendants shall respond within 10 business days.

    **DATED February 21, 2008.**

                                     **BY THE COURT:**

                                     **s/ F.A. Gossett**
                                     **United States Magistrate Judge**