IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA JENKINS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GENERAL COLLECTION CO., and ) <br> RICHARD E. GEE, ) <br> ) <br> Defendants. ) | Case No. 8:06cv743 <br><br> ORDER |

This matter came before the court for a status hearing. Counsel for the parties appeared telephonically. Pam Car represented the plaintiffs. Michael Klutho represented defendant General Collection and Galen Stehlik represented defendant Gee. The parties notified the court that party plaintiff Sandra Logue has filed for Chapter 13 bankruptcy in the District of Nebraska. Accordingly,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 3rd day of June 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge