## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CYNTHIA L. JENKINS, on behalf of herself and all others similarly situated, ADA HOWARD, and SANDRA LOGUE,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **8:06CV743** |
| **vs.** | ) ) | **SCHEDULING ORDER** |
| **GENERAL COLLECTION CO., MARK D. STELK and RICHARD E. GEE,** | ) ) ) | |
| **Defendants.** | ) | |

Judge Smith Camp has withdrawn the reference of this matter to the U.S. Bankruptcy Court for the District of Nebraska.  Accordingly, the case will be returned to Judge Smith Camp's active trial docket.

**IT IS ORDERED:**

1.    The deadlines established in the Final Progression Order entered on March 5, 2009 (Doc. 182) are reinstated.

2.    The final pretrial conference will be held on **October 19, 2009 at 11:00 a.m.**, in chambers, before Magistrate Judge F.A. Gossett.

3.    A jury trial will commence on **November 17, 2009 at 8:30 a.m.** before Judge Laurie Smith Camp.

**DATED June 30, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**