IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA JENKINS, on behalf of herself and all others similarly situated, ADA HOWARD, and SANDRA LOGUE,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**GENERAL COLLECTION, CO., MARK D. STELK, and RICHARD E. GEE,**<br><br>    **Defendants.** | **CASE NO. 8:06CV743**<br><br>**ORDER** |

This matter is before the Court on the Plaintiffs' motion for Additional Time to Reply to the Defendants' Opposition to Plaintiffs' Motion for Award of Attorney's Fees & Costs (Filing No. 217). In its Motion, the Plaintiffs request that the Court grant an extension until September 16, 2009, to file a reply. Defendants have not consented to this Motion. The Court finds the motion should be granted in part and denied in part. Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Motion to Extend Time to File a Reply (Filing No. 217) is granted in part and denied in part; and

2. The Plaintiffs are ordered to file a reply to Defendants' Opposition to Plaintiffs' Motion for Award of Attorney's Fees & Costs (Filing No. 213) on or before September 9, 2009.

Dated this 31st day of August, 2009.

            BY THE COURT:

            s/Laurie Smith Camp
            United States District Judge